JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA SOLTERO, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>SODEXO, INC., a Delaware corporation; SDH SERVICES WEST, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 16-cv-8750-PA (JEMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [29]** |

1       The Court having reviewed the parties' Stipulation of Dismissal with Prejudice in the above-entitled action;

      IT IS THEREFORE ORDERED that the case *Vanessa Soltero v. Sodexo, Inc., et al.*, Case No. 16-cv-8750-PA (JEMx) is dismissed with prejudice. Each party is to bear its own respective fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

      **IT IS SO ORDERED.**

Dated: June 12, 2017       _____
      The Honorable Judge Percy Anderson
      United States District Court Judge